UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ROA ARCIA,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-04889-KES-EGC<br><br>ORDER APPOINTING COUNSEL FOR PETITIONER |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Based on the facts surrounding petitioner's detention, the Court provisionally authorizes petitioner to proceed in forma pauperis, subject to petitioner filing an application to proceed in forma pauperis within thirty (30) days from the date of this Order. *See* 28 U.S.C. § 1914.

In light of the complexity of the legal issues involved in this matter, the Court has determined that the interests of justice require the appointment of counsel for petitioner. See 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

IT IS HEREBY ORDERED that:

1. Counsel is APPOINTED for petitioner;
2. The Clerk of the Court shall serve a copy of this order and a copy of the petition, via

email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov, and counsel will be added as counsel for petitioner;
4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;
5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and
6. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule. Petitioner's appointed counsel may file an amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: July 12, 2026

UNITED STATES DISTRICT JUDGE